IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **Ronald Hedlund** | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| **Matthew Mulheim, et. al.** | ) | |
| *Defendants*. | ) | |

## COMPLAINT EXHIBITS 3, 4, 5, 7, 8, AND 10

Exhibits 3, 4, 5, 7, 8, and 10 to the Plaintiff's Complaint consist of the following videos that will be on file in the Clerk's office, filed on a single DVD.

**Exhibit 3** – Video approximately 4:29 in length.



**Exhibit 4** – Video Approximately 3:35 in length.



**Exhibit 5 –** Video Approximately 1:35 in length.



**Exhibit 7** - Video Approximately 4:31 in length.



**Exhibit 8** - Video Approximately 4:34 in length.



**Exhibit 10 -** Video Approximately 5:03 in length.

