# Division of Capitol Police
## Commonwealth of Virginia

**Internal Use**
Entered Date: _____
Initials: _____

## NO TRESPASSING/BARMENT NOTICE

**CFS#:** 1569   **Effective Date:** 1/14/2022   **Expiration Date:** 7/14/2022

**Issued To:** Ronald, Layne, Hedlund
**Address:** [redacted]
**City/County:** [redacted]   **State:** VA   **Zip Code:** [redacted]
**ID Type:** Social Security   **ID #:** [redacted]
**DOB:** [redacted]   **Sex:** Male   **Race:** White
**Height:** [redacted]   **Weight:** 240

### YOU ARE HEREBY NOTIFIED THAT YOU ARE BARRED FROM THE FOLLOWING STATE AGENCY/PROPERTY:

| Name of State Agency Property: | Address: | Business Telephone Number: |
|---|---|---|
| DGS & Capitol Properties Square | City: Richmond<br>State: VA   Zip Code: 23219 | 804-786-0282 |

You do not have permission to go onto any of the above property, and you are being warned that your continued presence on this property will be regarded as trespassing, unless you are on official business.

In the event you are found on the above property, without an appointment, you will be subject to arrest for trespassing on state property. This prohibition includes ALL of the above property.

**THE REASON FOR YOUR BARMENT FROM THE PROPERTY IS:**

Protesting without a permit and refusing to leave. Also becoming a possible threat to the state employees.

**Representative:** _____
*(If applicable)*   Printed Name   Signature   Date

**Issuing Officer:** Garrison Wright   *[signature]* D. Wright   1/10/2022
Printed Name   Signature   Date

**Offender:** Ronald Hedlund   *[signature]* Ronald Hedlund   1/14/22
Printed Name   Signature   Date

☐ Refused to Sign   ☐ Refused to accept form / Given verbal notice   ☐ Photographed

**Name/Title of Representative Who Will Appear in Court:** _____
**Work Address:** _____   City   State   Zip Code
**Work Telephone:** _____

1. Original – Capitol Police   2. Copy – Offender   3. Copy – State Agency / Property Representative

DCP-030