| | NARRATIVE | | | | | | |
|---|---|---|---|---|---|---|---|
| REPORTING OFFICER | CODE NUMBER | DATE | TIME | ☐ Original Report | UCR | CFS NUMBER | |
| Tolbert, Nicholas | 493 | 1/14/22 | 0850 | ☒ Supplemental Report | ☐ | -1569 | |
| EVENT NUMBER | EVENT CODE | EVENT DESCRIPTION | | | EVENT LOCATION | | |
| | | Trespass | | | 1111 East Broad Street | | |

On January 14, 2022, at approximately 08:50 hours at the Patrick Henry Building, I, Officer Nicholas Tolbert, walked over to a white male, Ronald Layne Hedlund, who was about to enter Capital Square through the pedestrian gate beside the Governor's Mansion. The Square was closed on this day in preparation for the Inauguration of the next Governor, so the public was not allowed access. Mr. Hedlund was also carrying a very large, explicit sign, stating "Fuck Governor Coonface" and depicted an abortion on the opposite side of the sign. I, along with Officer Michael Enz, immediately intercepted Mr. Hedlund, advised him of the upcoming event, informed him of the restrictions in place, and informed Dispatch and First Sergeant Muhlheim of the situation. Mr. Hedlund had been sighted outside the Capital Square area earlier in the week and 1st Sgt Muhlheim was aware of him from previous encounters.

I stated that Mr. Hedlund should back away from the pedestrian gate and not interfere with the contractors performing telecom operations, who were using it to move equipment into the Square. At this time, Mr. Hedlund was very confrontational, stating that I was giving him unlawful orders as a police officer and claimed that he was not doing anything wrong. He begins to record the entire conversation with his personal phone and claims that I am infringing his First Amendment rights by telling him to back away. I, again, advised him to back away from the entrance to the Square and the equipment placed by the entrance, and spoke with a contractor working with VPM.org. I advised the contractor that one of their employees should stay with the equipment to make sure nothing happened to it, but for now nothing could be done about Mr. Hedlund since he was not impeding their work and not entering the Square. At this point, I informed 1st Sgt Muhlheim of the situation, and he agreed with my advisements.

In a later statement, Mr. Clark Mercer, the Chief of Staff for the Governor at the time, was walking into the building for work and Mr. Hedlund stopped him to ask a few questions about the building. Due to the explicit nature of the sign that Mr. Hedlund was carrying, Mr. Mercer did not stop to speak with him, but came inside to inform me of the situation, to which I gave the same information as for the contractor. At that same time, Colonel Pike had become informed of the situation and advised both 1st Sgt Muhlheim and myself that Mr. Hedlund needed to be removed from the area due to the emotional unrest he was causing with his above-mentioned sign.

At approximately 09:30 hours, 1st Sgt Muhlheim arrived on scene with Officer Garrison Wright, and informed Mr. Hedlund that he either needed to vacate the immediate area or be arrested for trespassing. Mr. Hedlund proceeded slowly away from the entrance of the Patrick Henry Building towards Governor Street, with Ofc. Wright and 1st Sgt Muhlheim following behind. When he reached the southeast corner of the building Mr. Hedlund threw his sign onto the ground and held his hands out to the officers, at which point they arrested Mr. Hedlund for trespassing. The two officers searched Mr. Hedlund incident to arrest and escorted him back to the patrol vehicle. Ofc. Wright and Ofc. Enz then escorted Mr. Hedlund to the Richmond Justice Center for processing.

| INFORMATION COPIES FURNISHED TO | APPROVING SUPERVISOR | CODE NUMBER | DATE APPROVED |
|---|---|---|---|
| | | | |