

Mark Sykes <msykes@dcp.virginia.gov>

## Special Event Permitting
3 messages

---

**Sandra Gill** <sandra.gill@dgs.virginia.gov>　　　　　　　　　　　　　　Fri, Jan 14, 2022 at 9:28 AM
To: msykes@dcp.virginia.gov

Special Event Permitting

https://dgs.virginia.gov/division-of-real-estate-and-facilities-management/deb-notices/special-event-permitting2/

---

**Mark Sykes** <MSykes@dcp.virginia.gov>　　　　　　　　　　　　　　Fri, Jan 14, 2022 at 9:29 AM
To: Steven Pike <steve.pike@dcp.virginia.gov>, Anthony Gulotta <agulotta@dcp.virginia.gov>, Capitol Police - Supervisors <dcpsup@dlas.virginia.gov>

FYSA

Major

---------- Forwarded message ----------
From: **Sandra Gill** <sandra.gill@dgs.virginia.gov>
Date: Fri, Jan 14, 2022 at 9:28 AM
Subject: Special Event Permitting
To: <msykes@dcp.virginia.gov>

Special Event Permitting

https://dgs.virginia.gov/division-of-real-estate-and-facilities-management/deb-notices/special-event-permitting2/

--
Major Mark J. Sykes
Assistant Chief of Police
Division of Capitol Police
Commonwealth of Virginia
P.O. Box 1138
Richmond, VA  23219-3418
(804)343-5155
msykes@dcp.virginia.gov
Visit our website at www.dcp.virginia.gov

DISCLAIMER:

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

---

**Dianne Dowdy** <ddowdy@dcp.virginia.gov>　　　　　　　　　　　　　　Fri, Jan 14, 2022 at 9:50 AM

To: Mark Sykes <msykes@dcp.virginia.gov>
Cc: Steven Pike <steve.pike@dcp.virginia.gov>, Anthony Gulotta <agulotta@dcp.virginia.gov>, Capitol Police - Supervisors <dcpsup@dlas.virginia.gov>

Received.

On Fri, Jan 14, 2022 at 9:30 AM Mark Sykes <MSykes@dcp.virginia.gov> wrote:

FYSA

Major

---------- Forwarded message ----------
From: **Sandra Gill** <sandra.gill@dgs.virginia.gov>
Date: Fri, Jan 14, 2022 at 9:28 AM
Subject: Special Event Permitting
To: <msykes@dcp.virginia.gov>

Special Event Permitting

https://dgs.virginia.gov/division-of-real-estate-and-facilities-management/deb-notices/special-event-permitting2/

--
Major Mark J. Sykes
Assistant Chief of Police
Division of Capitol Police
Commonwealth of Virginia
P.O. Box 1138
Richmond, VA  23219-3418
(804)343-5155
msykes@dcp.virginia.gov
Visit our website at www.dcp.virginia.gov

DISCLAIMER:

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

--
Respectfully,

Sergeant Dianne M. Dowdy, C.C.P.S.
Crime Prevention / Emergency Planning
Division of Capitol Police
P.O. Box 1138
Richmond, VA. 23219-3418
(804) 786-2460 Office
(804) 640-7905 Mobile
(804) 786-2568 Dispatch
Visit our website at www.dcp.virginia.gov

DISCLAIMER:

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.