# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Richmond John Marshall
CITY OR COUNTY

☒ General District Court   ☒ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **01/14/2022** did unlawfully in violation of Section

DATE

**18.2-119** having been forbidden to do so by an authorized individual. #569

without authority, trespass or remain upon the property of DEPARTMENT OF GENERAL SERVICES, after

Code of Virginia.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Ofc. G. Wright  494  Capitol Police Department , Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

01/14/2022 10:50 AM
DATE AND TIME ISSUED

Jessica Bolton
☐ CLERK    ☒ MAGISTRATE    ☐ JUDGE

---

CASE NO.

ACCUSED: HEDLUND, Ronald Layne

Hearing Date/Time

Mailing address ☐ Same as above

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | MO. | DAY | YR. | FT. | IN. | | BLU | BLN |

SSN         DL#                  STATE

To be completed upon service as Summons

☐ Commercial Driver's License    ☐ Hazardous Materials
☐ Commercial Motor Vehicle

## CLASS 1 MISDEMEANOR

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

1/14/2022                    1052 hours
DATE AND TIME OF SERVICE

G. Wright
494, Division of Capitol Police
BADGE NO. AGENCY AND JURISDICTION , ARRESTING OFFICER

A. Irving
for                           SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
TRESPASS: AFTER BEING FORBIDDEN TO DO SO
Offense Tracking Number: 762GM2200000275
Virginia Crime Code:

FOR ADMINISTRATIVE USE ONLY

TRS-5709-M1

CCRE/Fingerprinting Required

FORM DC-314 ... PAGE ONE OF TWO 07/21