

## COMMONWEALTH *of* VIRGINIA

*Department of General Services*

Joseph F. Damico
Director

Sandra Gill,
Deputy Director

1100 Bank Street
Suite 420
Richmond, Virginia 23219
Phone (804) 786-3311

April 14, 2022

Via email: aislibertydually@gmail.com

Ronald Hedlund
11265 Rocky Ridge Road
Glen Allen, VA 23059

Dear Mr. Hedlund:

    I am responding to your request for information received via email on April 7, 2022. In your request you asked for:

    "... I am seeking copies of all notes, text messages, documents, statements, emails, etc. of any and all meeting attendees, in relation to these referenced meetings (related to a January 18, 2022 email provided previously by DGS) and any statements or any subsequent communications between DGS, the Governor's Chief of Staff, Clark Mercer, and Capitol Police personnel regarding my arrest outside of the Patrick Henry Building on January 14, 2022."

    DGS has one responsive document, which is attached, that shows attendees to a virtual meeting held on January 21, 2022.

Sincerely,

*Dena Potter*

Dena Potter
Director of Communications

/Attachment

sandra.gill@dgs.virginia.gov



# DGS Controlled Property - confirmed

Created by: rhonda.bishton@dgs.virginia.gov · Your response: ✓ Yes, I'm going

Time
**8am - 9am (Eastern Time - New York)**

Date
**Fri Jan 21, 2022**

My Notes

Guests
- ✓ chutchins@oag.state.va.us
- ✓ clantz@oag.state.va.us
- ✓ Dena Potter
- ✓ Joseph Damico
- ✓ ksurfaceburks@oag.state.va.us
- ✓ Mark Sykes
- ✓ Rhonda Bishton
- ✓ Sandra Gill
- ✓ Steven Pike