# NARRATIVE

| | | | | | |
|---|---|---|---|---|---|
| **Reporting Officer** | **Code Number** | **Date** | **Time** | ☒ Original Report / ☐ Supplemental Report | **UCR** ☐ **CFS Number** |
| G. Wright | 494 | 1/14/22 | 0930 | | -1569 |

| Event Number | Event Code | Event Description | Event Location |
|---|---|---|---|
| | | Trespassing | 1111 E. Broad St. Richmond, VA. 23219 |

On Friday, January 14, 2022 at approximately 0930 hours, I, Officer Wright as well as 1st Sergeant (Sgt.) Muhlheim responded to the Patrick Henry Building (PHB/1111 E. Broad St. Richmond, VA. 23219) in reference to an individual who was protesting, without a permit, just outside the PHB on state property that was refusing to leave and was considered to be a threat to our state employees who worked in the PHB. 1st Sgt. Muhlheim and myself arrived on scene and spoke with the individual. Through previous encounters, we knew that the individual that was protesting outside the PHB is Ronald Layne Hedlund. 1st Sgt. Muhlheim explained to Mr. Hedlund that he does not have a permit to be outside the PHB to protest and that the state employees felt threatened by him. 1st Sgt. then gave him a printed out/hard copy of the Department of General Services (DGS) rules and regulations and asked for Mr. Hedlund to please leave. 1st Sgt. also notified Mr. Hedlund that if he did not leave or refused to leave then he would be taken into custody and be transported to the Richmond Justice Center. Mr. Hedlund said, "I am going to leave due to the threat of being arrested for trespassing." As Mr. Hedlund was leaving, myself and 1st Sgt. Muhlheim continued to follow him to make sure he was escorted off state property. As Mr. Hedlund was leaving, he continued to ask questions about why he can not be there on state property and that he deserves to be on state property to exercise his 1st Amendment. 1st Sgt. Muhlheim kept telling him that he has the rules and regulations in his hands and that all of his questions would be answered by reading the rules and regulations and by also going on the internet and searching for the Department of General Services that has everything else he asked for. Mr. Hedlund continued to ask us questions and we continued to tell Mr. Hedlund that he needed to leave. Mr. Hedlund then stopped at the side of the PHB on Governor St. and threw down his sign that read "FUCK GOVERNOR COONFACE" and said "Arrest me." 1st Sgt. Muhlheim then grabbed Mr. Hedlund's phone and placed it on the ground and continued to place his hands behind his back while I placed Mr. Hedlund in custody with the handcuffs double locked to the rear. To confirm it was Mr. Hedlund that we placed under arrest, 1st Sgt. Muhlheim searched his person incident to arrest, which he came back with negative results, and retreived his license and ran his information through dispatch. Once his information was recevied by dispatch, his checks came back cleared. I then walked Mr. Hedlund back to my patrol vehicle and had Officer Enz search the vehicle before transporting Mr. Hedlund. Officer Hedlund came back with negative results and I then placed Mr. Hedlund in my patrol vehicle. Officer Enz and myself then transported Mr. Hedlund to the Richmond Justice Center, after retreiving his criminal history from our headquarters. When we arrived at the Richmond Justice Center, I had Mr. Hedlund step out of the vehicle and I searched the vehicle and had negative results. Myself and Officer Enz then went before the magistrate to obtain a misdemeanor warrant for trespassing. Before leaving the Richmond Justice Center, I barred Mr. Hedlund from being on any state property that was owned by the Department of General Services and he was only allowed on the property if he had a permit and was authorized by the Department of General Services. After he understood the barrment notice I read to him and finished signing it, Mr. Hedlund was turned over to the Richmond Sheriff's Department and myself and Officer Enz cleared from the Richmond Justice Center at approximately 1132 hours.

| Information Copies Furnished To | Approving Supervisor | Code Number | Date Approved |
|---|---|---|---|
| | | | |