Case 3:23-cv-00631-DJN   Document 1-12   Filed 10/04/23   Page 1 of 1 PageID# 87

2022-00003153

| 12 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORTING OFFICER | | CODE NUMBER | DATE | TIME | NARRATIVE ☐ Original Report ☒ Supplemental Report | | UCR | CFS NUMBER |
| M.D.Muhlheim | | 344 | 1/14/22 | 0930 | | | ☐ | 2022-1569 |
| EVENT NUMBER | EVENT CODE | EVENT DESCRIPTION | | | | EVENT LOCATION | | |
| | | Trespassing Arrest | | | | PHB | | |

On January 14, 2022 at about 0900 hours I was just marking on duty. I was informed by Officer Tolbert that there was a protestor outside the Patrick Henry Building with a large sign. I was further informed that the Chief of Staff to the Governor had reported that this person was harassing employees as they were trying to enter/exit the building and iterfering with contractors entering/exiting the square in preperation for Inauguration. Additionally, Sandra Gill with the Department of General Services had already asked the subject, Ronald Hedlund, to leave the area as he did not have the necessary permit to hold a protest in that area. Officer Tolbert informed me that despite his being asked to leave that Mr. Hedlund remained and refused to leave. I then responded to the area with Officer Wright. I approached Mr. Hedlund and informed him that he did not have a permit and that he needed to leave or he would be arrested for trespassing. I attempted to provide Mr. Hedlund information on how he could obtain a permit, but he wanted to argue instead. Hedlund initially agreed to cooperate and was backing out of the area, but when he was informed where he would need to be in order to be in compliance he became angry. He threw his sign down and demanded to be arrested. It was at this time I informed him he was being arrested for Trespassing in violation of Virginia Code 18.2-119. Officer Wright and I placed him in handcuffs behind his back and double locked them. I then searched Mr. Hedlund incident to arrest yielding no contraband. Officer Wright then transported Hedlund to the Richmond Justice Center and obtained a warrant for Trespassing. I took possession of the sign, and logged it into property for safe keeping.

Nothing Further.

| INFORMATION COPIES FURNISHED TO | APPROVING SUPERVISOR | CODE NUMBER | DATE APPROVED |
|---|---|---|---|
| | | | |

DCP-010   Revised 07/01/12                              3                              Page____of____