# Rhonda Bishton

**From:** Gill, Sandra <sandra.gill@dgs.virginia.gov> on behalf of Gill, Sandra
**Sent:** Thursday, February 3, 2022 9:50 AM
**To:** Bishton, Rhonda
**Subject:** Fwd: Hedlund Trespassing Arrest

For the FOIA request

Sandra L. Gill, Deputy Director
Virginia Department of General Services
Office: (804) 786-1600 | Cell (804) 652-7375
Temporary Physical Address: 1111 East Broad Street, Room 6027, Richmond, VA 23219
Mailing Address: 1100 Bank Street, Suite 420, Richmond, VA 23219
dgs.virginia.gov | Follow us @DGSVirginia


---------- Forwarded message ---------
From: **Matthew Muhlheim** <MMuhlheim@dcp.virginia.gov>
Date: Tue, Jan 18, 2022 at 10:48 AM
Subject: Re: Hedlund Trespassing Arrest
To: Gill, Sandra <sandra.gill@dgs.virginia.gov>


Ok, Thank you.



**1SG Matthew Muhlheim**
Deputy Uniformed Operations Commander

Virginia Division of Capitol Police
1100 Bank Street Richmond, VA
**Desk:** 804-786-2545
**Dispatch:** 804-786-2120


On Tue, Jan 18, 2022 at 10:45 AM Gill, Sandra <sandra.gill@dgs.virginia.gov> wrote:
First Sergeant Muhlheim,

I am out of the office today.  I understand that DGS is scheduling a meeting with the Chief and his leadership team, my preference is to have the leadership meeting first then I will provide a statement.

Thanks


Sandra L. Gill, Deputy Director
Virginia Department of General Services
Office: (804) 786-1600 | Cell (804) 652-7375
Temporary Physical Address: 1111 East Broad Street, Room 6027, Richmond, VA 23219

1



**Commonwealth of Virginia**

Damico, Joseph <joe.damico@dgs.virginia.gov>

## Re: Hedlund Trespassing Arrest
1 message

**Damico, Joseph** <joe.damico@dgs.virginia.gov>      Tue, Jan 18, 2022 at 10:40 AM
To: "Gill, Sandra" <sandra.gill@dgs.virginia.gov>
Cc: Dena Potter <dena.potter@dgs.virginia.gov>

We are scheduling a meeting with the Chief his leadership team and our leadership team and attorneys to discuss this matter. Tell the 1st sgt that your preference is to have the leadership meeting first then you can provide your statements.

On Tue, Jan 18, 2022 at 10:36 AM Gill, Sandra <sandra.gill@dgs.virginia.gov> wrote:
> I understand that this event was discussed yesterday. Please advise what steps you want me to take.
>
> Sandra L. Gill, Deputy Director
> Virginia Department of General Services
> Office: (804) 786-1600 | Cell (804) 652-7375
> Temporary Physical Address: 1111 East Broad Street, Room 6027, Richmond, VA 23219
> Mailing Address: 1100 Bank Street, Suite 420, Richmond, VA 23219
> dgs.virginia.gov | Follow us @DGSVirginia
>
>
> ---------- Forwarded message ---------
> From: **Matthew Muhlheim** <MMuhlheim@dcp.virginia.gov>
> Date: Tue, Jan 18, 2022 at 10:34 AM
> Subject: Hedlund Trespassing Arrest
> To: Sandra Gill <sandra.gill@dgs.virginia.gov>
>
>
> Ms. Gill,
> Could you please provide a statement about what happened with the protestor that was outside the PHB the other day? We would like to document the calls/complaints you received about his actions out there, and then what your interactions with him were (advising on need for permit, etc).
> Since we arrested him, we want to have all of our information together for any future legal proceedings. You can provide the statement via email, or I can send an Officer by at your convenience to take a statement from you.
>
> Respectfully,



**1SG Matthew Muhlheim**
Deputy Uniformed Operations Commander

Virginia Division of Capitol Police
1100 Bank Street Richmond, VA
Desk: 804-786-2545
Dispatch: 804-786-2120