

Rcvd 3/18/22

# COMMONWEALTH of VIRGINIA
### DIVISION OF CAPITOL POLICE

ANTHONY S. PIKE
CHIEF OF POLICE

P.O. BOX 1138
RICHMOND, VA 23218
804-786-5035
FAX 804-371-8698

March 10, 2022

Mr. Ronald Hedlund
11265 Rocky Ridge Road
Glen Allen, Virginia 23059

Dear Mr. Hedlund:

This office is in receipt of your March 7, 2022 email request to the Division of Capitol Police for records made in accordance with the Virginia Freedom of Information Act (§ 2.2-3700 et seq.). You set forth the following requests:

1) "…all documents originally requested and denied due to the, then, ongoing investigation."

2) "…any and all documents, electronic communications, records and correspondence related to the recent attempt to modify DGS regulations whereby permitted events are redefined from 10 or more persons, down to individuals, and modifying language from, "propensity to", to, "provoke"." (You advised this language amendment pertains to, 4-5.11 SEAT OF GOVERNMENT TRAFFIC AND PEDESTRIAN SAFETY, lines 48 and 49.)

With regard to item 1, this request is related to an ongoing criminal investigation and because disclosure of the requested information would interfere with this investigation or proceedings, the requested records are exempted under the Virginia Freedom of Information Act § 2.2-3706.1 C.1. With regard to item 2, please find the enclosed documents which are responsive to your request.

I trust this information will be helpful.

Sincerely,

Mark J. Sykes
Assistant Chief

MJS/mjs

Enclosures

![Legislative Mail logo]

# Budget Language
5 messages

**Damico, Joseph** <joe.damico@dgs.virginia.gov>                                   Mon, Jan 31, 2022 at 8:00 AM
To: Andrea Peeks <apeeks@hac.virginia.gov>, Adam Rosatelli <arosatelli@sfac.virginia.gov>
Cc: Steven Pike <steve.pike@dcp.virginia.gov>

Good morning:

DGS has reviewed the attached budget language with the Capitol Police and we believe a tweak is necessary.

Thank you for your consideration.

--
Thank you,

Joe Damico, Director
Department of General Services
Office: (804) 786-3311  |  Cell: (804) 641-6181
1100 Bank St., Suite 420, Richmond, VA 23219
**dgs.virginia.gov**  {  Follow us  **@DGSVirginia**

📎 **budget language.docx**
     15K

**Steven Pike** <spike@dcp.virginia.gov>                                          Mon, Jan 31, 2022 at 8:01 AM
To: "Damico, Joseph" <joe.damico@dgs.virginia.gov>
Cc: Andrea Peeks <apeeks@hac.virginia.gov>, Adam Rosatelli <arosatelli@sfac.virginia.gov>

We too support this budget language adjustment.

Thanks

Colonel Pike
[Quoted text hidden]

--
Colonel Anthony S. Pike
Chief of Police
Division of Capitol Police
PO Box 1138

Richmond, VA 23218
804-786-2438
227th Session FBINA
64th Session FBI LEEDS
*www.dcp.virginia.gov*

Accredited Agency Seal

DISCLAIMER:

The information in this email and any attachments may be confidential and privileged. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient) please notify the sender by reply email and immediately delete this email and any copies from your computer and/or storage system. The sender does not authorize the use, distribution, disclosure or reproduction of this email (or any part of its contents) by anyone other than the intended recipient(s). No representation is made that this email and any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

---

**Adam Rosatelli** <arosatelli@sfac.virginia.gov>                                   Mon, Jan 31, 2022 at 8:02 AM
To: "Damico, Joseph" <Joe.Damico@dgs.virginia.gov>
Cc: Andrea Peeks <apeeks@hac.virginia.gov>, Steven Pike <steve.pike@dcp.virginia.gov>

Thanks, Joe.

On Mon, Jan 31, 2022 at 8:00 AM Damico, Joseph <joe.damico@dgs.virginia.gov> wrote:
[Quoted text hidden]

---

**Adam Rosatelli** <arosatelli@sfac.virginia.gov>                                   Mon, Jan 31, 2022 at 8:04 AM
To: Steven Pike <steve.pike@dcp.virginia.gov>
Cc: "Damico, Joseph" <Joe.Damico@dgs.virginia.gov>, Andrea Peeks <apeeks@hac.virginia.gov>

Thanks, Col. Pike.
[Quoted text hidden]

---

**Andrea Peeks** <apeeks@hac.virginia.gov>                                          Mon, Jan 31, 2022 at 9:02 AM
To: Adam Rosatelli <arosatelli@sfac.virginia.gov>
Cc: Steven Pike <steve.pike@dcp.virginia.gov>, "Damico, Joseph" <joe.damico@dgs.virginia.gov>

Thank you both!  Hope it's a good week ahead for all of you
[Quoted text hidden]

§ 4-5.11 SEAT OF GOVERNMENT TRAFFIC AND PEDESTRIAN SAFETY

a. In order to implement and maintain traffic and pedestrian operational safety and security enhancements and secure the seat of government, the Commonwealth Transportation Board shall, not later than January 1, 2020, add to the state primary highway system, pursuant to § 33.2-314, Code of Virginia, those portions of the rights-of-way located in the City of Richmond identified as Bank Street from 9th Street to 14th Street, 10th Street from Main Street to Bank Street, 12th Street from Main Street to Bank Street, and Governor Street from Main Street to Bank Street and, pursuant to the responsibilities of the Department of General Services (DGS) (§ 2.2-1129) and the Division of Capitol Police (DCP) (§ 30-34.2:1), DGS and DCP shall control those rights-of-way and pedestrian and vehicular traffic thereon. The rights-of-way so transferred shall be in addition to the 50 miles per year authorized to be transferred under § 33.2-314(A). The City of Richmond shall transfer fee ownership of the rights-of-way identified in this section to DGS by deed or other instrument, as determined by DGS.

b. All property controlled by the Department of General Services shall require a permit for use by persons, organizations, or groups for events. Such events are eligible for a permit when the use will not interfere with or disrupt a function sponsored by the Commonwealth of Virginia government entity in support of an agency's mission. The Department shall prepare and publish on its website the requirements for the submission, processing, review, and disposition of permit applications for events on property controlled by the Department to ensure the health, safety, and welfare of the public; coordinate multiple uses of the property; preserve the rights of individuals to free expression; and to protect the Commonwealth from financial and property losses.

For the purposes of this subsection, an "event" means the assemblage on property controlled by the Department of ten (10) or more persons~~, or~~ for any demonstration, rally, march, performance, picketing, speechmaking, holding of vigils, sit-ins, or other activities; or, by one or more individuals, that involve the communication or expression of views or ideas having the effect, intent, or propensity to provoke, draw a crowd or onlookers. An "event" does not include casual use of the property by visitors or tourists.

All existing regulations for the use of property controlled by the Department shall remain in effect unless amended or rescinded. The Virginia Division of Capitol Police and other law enforcement entities having jurisdiction shall enforce the Department's property use requirements.