IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RONALD HEDLUND,
    Plaintiff,

v.                                        Civil No. 3:23cv631 (DJN)

MATTHEW MULHEIM, *et al.*,
    Defendants.

**ORDER**
**(Denying Motion to Correct Misnomer)**

This matter comes before the Court on Plaintiff's Motion to Correct Misnomer ("Motion" (ECF No. 3)), moving the Court to deem misnomers in the defendants' names as corrected and to direct the Clerk to correct the docket. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff may amend his complaint once as a matter of course within 21 days after the earlier of (1) service of a responsive pleading or (2) service of a motion under Rule 12(b), (e), or (f). Fed. R. Civ. P. 15(a)(1)(B). Because Plaintiff has the right to amend his Complaint as a matter of course, the Court hereby DENIES Plaintiffs' Motion (ECF No. 3) and DIRECTS Plaintiff to file an Amended Complaint to correct any errors in his Complaint.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                      /s/
                                         David J. Novak
                                         United States District Judge

Richmond, Virginia
Dated: October 6, 2023